IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GEORGE SCHWARZ, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | NO. 3:22-cv-00933 |
| v. | ) ) | JUDGE RICHARDSON |
| NISSAN NORTH AMERICA, INC. | ) ) | |
| Defendant. | ) ) ) | |

## ORDER

Plaintiff has filed a "Notice of Voluntary Dismissal" (Doc. No. 32, "Notice"). The Notice constitutes a notice of dismissal before the opposing party has served an answer or motion for summary judgment under Fed. R. Civ. P. 41(a)(1)(A)(i). Under Fed. R. Civ. P. 41(a)(1)(A)(i), the Notice suffices to dismiss this action without any action on the part of the Court. The Notice states the dismissal is with prejudice.

Accordingly, the Court acknowledges that this action has been **DISMISSED** with prejudice, and the Clerk is directed to close the file. This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE