# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

George Schwarz

                              Plaintiff,

v.                                                                Case No.: 3:22−cv−00933

Nissan North America, Inc.

                              Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/8/2023 re [33].

                                                                                      Lynda M. Hill
                                                                   s/ Lindsay Newsom, Deputy Clerk